**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

                                                           Case No.: 20-13225-LMI
                                                           Chapter 13

**ARNALDO VICENTE AMAYA,**

    Debtor.
_____/

**OBJECTION TO MOTION FOR EXTENSION OF
TIME TO UPLOAD MORTGAGE MODIFICATION
MEDIATION DOCUMENTS AND COMPLETE MEDIATION (D.E. 61)**

Secured Creditor, **SN SERVICING CORPORATION, AS SERVICING AGENT FOR U.S. BANK TRUST, N.A., AS TRUSTEE OF BUNGALOW SERIES IV TRUST** ("SN SERVICING" Or "Secured Creditor"), By And Through Its Undersigned Attorney, Hereby Files This Objection to Motion For Extension of Time to Upload Mortgage Modification Mediation Documents and Complete Mediation [D. E. 61] (the "Motion"). In support of its Objection, Creditor states as follows:

1. On March 9, 2020 (the "Petition Date"), the Debtor filed its Voluntary Petition under Chapter 13 of the United States Bankruptcy Code [D.E. 1].

2. On August 17, 2020, Secured Creditor timely filed Proof of Claim 7-1 ("the Claim") which evidenced a total secured claim of $121,487.20, an arrearage of $15,806.39 and a regular contractual payment of $1,071.49.

3. On March 10, 2020, the Debtor filed its Chapter 13 Plan [D.E. 8] which indicated that Debtor intended on participating in Mortgage Modification Mediation ("MMM") with Secured Creditor and contained a MMM adequate protection payment of $775.

*Case No.: 20-13225-LMI*

4. On March 26, 2020, the Debtor filed its Ex-Parte Verified Motion for Referral to Mortgage Modification Mediation with SN Servicing Corp [D.E. 20].

5. On March 26, 2020, this Court entered an Order Granting Verified Motion for Referral to Mortgage Modification [D.E. 21] (the "MMM Order").

6. The Debtor subsequently filed several amended plans and on September 8, 2020, the Debtor filed its Sixth Amended Chapter 13 Plan (D.E. 67) which included the MMM adequate protection payment in months (1-4) and indicated the loan will be treated direct and outside starting in month five (5) of the plan.

7. Pursuant to Paragraph five (5) of the MMM Order, Debtor's attorney shall, within seven days after the filing of Debtor's Notice of Selection of Mortgage Modification Mediator (or Notice of Clerk's Designation of Mortgage Modification Mediator), or after confirming that the Lender is registered on the MMM Portal, whichever occurs later, remit the MMM Portal the required non-refundable MMM Portal submission fee in the amount $40.00, and upload to the MMM Portal the Completed Package.

8. Secured Creditor has been registered on the portal since prior to the inception of this bankruptcy case. The Debtor did not activate the portal until approximately May 22, 2020 and did not assign Secured Creditor to the loan until approximately June 18, 2020. Furthermore, the Debtor failed to provide the requested documents in order for Secured Creditor to complete the loan modification review. Therefore, the Mediator filed its Final Report of Loss Mitigation/Mortgage Modification [D.E. 63] (the "Final Report") indicating an agreement was not reached on August 24, 2020.

9. On August 21, 2020, the Debtor filed the Motion seeking an extension of time to upload documents and complete mediation based on the Debtor experiencing an hardship.

*Case No.:  20-13225-LMI*

However, the mediation process was completed upon the entry of the Final Report.  Therefore, the Motion is Moot and should be denied. Furthermore, based on the Debtor's Sixth Amended Plan, the loan is to be treated direct and outside of the plan starting in month five (5), therefore, any further loss mitigation attempts should be completed by applying directly with Secured Creditor outside of the bankruptcy.

10. Additionally, Secured Creditor has expended additional attorney's fees associated with the filing of this instant Motion and seeks recovery of same.

11. Secured Creditor seeks entry of an Order Denying the Motion For Extension of Time to Upload Mortgage Modification Mediation Documents and Complete Mediation and directing the Debtor to pay Secured Creditor reasonable attorney's fee associated with the prosecution of this Motion.

**WHEREFORE**, Secured Creditor, prays that this Court deny the Motion For Extension of Time to Upload Mortgage Modification Mediation Documents and Complete Mediation [D. E. 61] and award attorney's fees for the prosecution of this Objection, and granting any further relief that this Court deems just and proper.

**Dated this 21st day of October, 2020.**

Respectfully submitted,

**GHIDOTTI | BERGER, LLP**
*Attorneys for Secured Creditor*
1031 N Miami Beach Blvd
Miami, Florida 33162
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By:     /s/ Melbalynn Fisher
            Melbalynn Fisher, Esq.
            Florida Bar No. 107698
            mfisher@ghidottiberger.com

*Case No.: 20-13225-LMI*

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4 (B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Melbalynn Fisher
Melbalynn Fisher, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 21, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
Arnaldo Vicente Amaya
1101 NE 191 St #H-103
Miami, FL 33179

*Debtor's Counsel*
Diego Mendez
POB 228630
Miami, FL 33172

*Trustee*
Nancy K. Neidich
POB 279806
Miramar, FL 33027

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130

By: /s/ Melbalynn Fisher
Melbalynn Fisher, Esq.